**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000171
17-APR-2020
09:53 AM**

NO. CAAP-20-0000171

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LORETTA C. ALAMEDA, Plaintiff-Appellee, v.
ELLEN B. POLITANO, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 18-0691-05 JPC)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of Defendant-Appellant Ellen B. Politano's (Politano) March 26, 2020 Motion to Dismiss Appeal, the papers in support, the record, and there being no opposition, it appears that (1) the appeal has not been docketed; (2) Politano seeks to dismiss the appeal; and (3) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the motion is granted and appellate no. CAAP-20-0000171 is dismissed without prejudice.

DATED: Honolulu, Hawaiʻi, April 17, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge